753 A.2d 1277

**Dom GIORDANO, Appellant,**

v.

**Tom RIDGE, Governor Commonwealth of Pennsylvania, Commonwealth of Pennsylvania and Mike Fisher, Attorney General Commonwealth of Pennsylvania, and City of Philadelphia and City of Pittsburgh, Appellees.**

Supreme Court of Pennsylvania.

June 20, 2000.

Reconsideration Denied Aug. 10, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 20th day of June, 2000, the order of the Commonwealth Court is hereby affirmed. *See Martin v. Philadelphia,* 420 Pa. 14, 215 A.2d 894 (1966).